# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

In re:

NETBANK, INC.

    Debtor.

---

CLIFFORD ZUCKER, in his capacity as Liquidating Supervisor for NETBANK, INC.,

    Plaintiff-Appellee,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for NetBank, f.s.b.,

    Defendant-Appellant.

Case No.: 3:11-cv-00011-MMH

---

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

    I am authorized to practice in this court under Local Rule 2.02(b), and I appear in this case as counsel for Federal Deposit Insurance Corporation, as receiver for NetBank, f.s.b.

.
Date: February 9, 2011

    s/Michelle Ognibene
    Michelle Ognibene (DC Bar No. 978286)
    Federal Deposit Insurance Corporation
    3501 Fairfax Drive, VS-D-7144
    Arlington, VA 22226
    Telephone: (703) 562-2121
    Fax: (703) 562-2496
    mognibene@fdic.gov

**CERTIFICATE OF SERVICE**

     I hereby certify that on February 9, 2011, a copy of the foregoing was filed electronically using the CM/ECF system, which will send a Notice of Electronic Filing to all participants who are registered CM/ECF users.

                                                    s/Michelle Ognibene