UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re: NetBank, Inc.,

          Debtor.

_____

Federal Deposit Insurance
Corporation, as Receiver for
NetBank, f.s.b.,

          Appellant,

v.

Clifford Zucker,
in his capacity as Liquidating Supervisor
for NetBank, Inc.,

          Appellee.
_____/

Bankruptcy Case No: 3:07-bk-4295-JAF
Adversary No. 3:08-ap-346-JAF

Case No. 3:11-cv-11-J-34

**JOINT REPORT OF LIQUIDATING SUPERVISOR AND FEDERAL
DEPOSIT INSURANCE CORPORATION REGARDING MEDIATION**

      Appellee Clifford Zucker, in his capacity as the Liquidating Supervisor for NetBank, Inc. (the "Liquidating Supervisor"), and Appellant Federal Deposit Insurance Corporation, as receiver for NetBank, f.s.b. ("FDIC"), by and through their undersigned counsel, hereby file this Joint Report of Liquidating Supervisor and Federal Deposit Insurance Corporation Regarding Mediation, and respectfully show the Court as follows:

      As directed by the Court in its scheduling order, the Liquidating Supervisor and the FDIC have consulted regarding the possibility of mediation. However, the parties do not believe that

mediation will be productive in connection with this appeal.

Respectfully submitted this 31st day of March, 2011.

        KILPATRICK TOWNSEND & STOCKTON LLP

        By: /s/ Shane G. Ramsey
           Todd C. Meyers
           Georgia Bar No. 503756
           Shane G. Ramsey
           Florida Bar No. 026842
           1100 Peachtree Street, Suite 2800
           Atlanta, Georgia  30309
           (404) 815-6500 (Telephone)
           tmeyers@kilpatricktownsend.com
           sramsey@kilpatricktownsend.com

        - AND -

        ROGERS TOWERS, P.A.
           Betsy C. Cox
           Florida Bar No. 307033
           1301 Riverplace Boulevard, Suite 1500
           Jacksonville, Florida  32207
           (904) 398-3911 (Telephone)
           bcox@rtlaw.com

        Attorneys for Appellee Clifford Zucker, in
        his capacity as the Liquidating Supervisor for
        NetBank, Inc.

- 3 -

- AND –

/s/  David E. Otero*
AKERMAN SENTERFITT
David E. Otero
Florida Bar No. 651370
Adina L. Pollan
Florida Bar No. 15639
50 North Laura Street, Suite 2500
Jacksonville, Florida  32202
(904) 798-3700 (Telephone)
(904) 798-3730 (Facsimile)
david.otero@akerman.com
adina.pollan@akerman.com

Attorneys for Appellant Federal Deposit Insurance
Corporation, as Receiver for NetBank, f.s.b.

*Mr. Otero authorized counsel for the Liquidating Supervisor to affix his signature hereto.