# ADDENDUM A

**SO ORDERED.**

**SIGNED this 11 day of June, 2010.**

_____
**ROBERT E. NUGENT
UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| TEAM FINANCIAL, INC., ) | **Case No. 09-10925** |
| ) | **Chapter 11** |
| Debtor. ) | |
| IN RE: ) | |
| ) | |
| TEAM FINANCIAL ACQUISITION ) | **Case No. 09-10926** |
| SUBSIDIARY, INC., ) | **Chapter 11** |
| ) | |
| Debtor. ) | |
| IN RE: ) | |
| ) | |
| POST BANCORP, INC., ) | **Case No. 09-10927** |
| ) | **Chapter 11** |
| Debtor. ) | |
| TEAM FINANCIAL, INC., TEAM ) | |
| FINANCIAL ACQUISITION ) | |
| SUBSIDIARY, INC. and POST ) | **Adv. Case No. 09-05084** |
| BANCORP, INC. ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | |
| ) | |
| FEDERAL DEPOSIT INSURANCE ) | |
| CORPORATION, ) | |
| ) | |
| *Defendant*. ) | |

In re:  Team Financial, Inc., et al. v. Federal Deposit Insurance Corporation
U.S. Bankruptcy Court Adv. No. 09-05084
Agreed Order Regarding Motion by the FDIC-R to Clarify, Vacate, Alter or Amend the Court's April 28, 2010 Memorandum Opinion
Page 2

## AGREED ORDER PARTIALLY GRANTING MOTION BY THE FDIC-R TO CLARIFY, VACATE, ALTER OR AMEND THE COURT'S APRIL 28, 2010 MEMORANDUM OPINION

Pursuant to that certain Motion by the FDIC-R to Clarify, Vacate, Alter or Amend the Court's April 28, 2010 Memorandum Opinion (docket no. 52) (the "Motion"); the parties agree as follows:

1.  The Memorandum Opinion (docket numbers 48, 49 and 53) is not a final order within the meaning of relevant law, including but not limited to 28 U.S.C. §158(a)(1) and F. R. Bankr. P. 8001 and 8002.

2.  The Court's conclusions of law in the Memorandum Opinion could change based on additional evidence that may be admitted later in this proceeding.

IT SO ORDERED.

# # #

SUBMITTED AND AGREED:

| STINSON MORRISON HECKER LLP | REDMOND & NAZAR, L.L.P. |
|---|---|
| By:  s/ Nicholas J. Zluticky | By:  s/ W. Thomas Gilman |
| Paul M. Hoffmann (D. Kan. # 70170) | W. Thomas Gilman (KS # 11867) |
| Nicholas J. Zluticky (KS # 23935) | 245 N. Waco |
| 1201 Walnut, Suite 2900 | Suite 402 |
| Kansas City, Missouri 64106 | Wichita, Kansas 67202 |
| Telephone:  (816) 842-8600 | Telephone:  (316) 262-8361 |
| Facsimile:  (816) 691-3495 | Facsimile:  (316) 263-0610 |
| Attorneys for Federal Deposit Insurance Corporation, as Receiver for Team Bank, N.A. and Colorado National Bank, N.A. | Attorneys for the Debtors |