**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In Re: | Bankruptcy Case No. 3:07-bk-04295-JAF |
| NETBANK, INC., | Adversary Case No. 3:08-ap-00346-JAF |
| Debtor. | |

FEDERAL DEPOSIT INSURANCE
CORPORATION, as Receiver for
NetBank, f.s.b.,

    Defendant-Appellant,

vs.                                                                                       Case No. 3:11-cv-11-J-32

CLIFFORD ZUCKER, in his capacity as
Liquidating Supervisor for NETBANK,
INC.,

    Plaintiff-Appellee.

**ORDER**

This case is before the Court following an appeal by defendant-appellant, Federal Deposit Insurance Corporation ("FDIC"), as Receiver for NetBank, f.s.b., of a Judgment entered on September 30, 2010, and amended on November 30, 2010 by the United States Bankruptcy Court for the Middle District of Florida, in favor of Clifford Zucker, in his capacity as Liquidating Supervisor for debtor NetBank, Inc. The Court heard oral argument on June 5, 2012, the transcript of which is incorporated by reference.

This Court is sitting in an appellate capacity. It therefore must review the bankruptcy court's legal conclusions de novo and must accept the bankruptcy court's factual findings unless they are clearly erroneous. See e.g., In re Englander, 95 F.3d 1028, 1030 (11th Cir.

1996).

The issue presented by this appeal- - the proper bankruptcy treatment of tax refunds in light of a tax sharing agreement between the debtor and its subsidiary bank- - has been the subject of much litigation around the country.  Appellant has not shown that the bankruptcy court's comprehensive opinion, which is in accord with the strong majority view, is factually or legally erroneous.[1]  Indeed, after the bankruptcy court entered judgment, at least one other district court has considered and rejected some of the same arguments advanced by the FDIC in this case. See In re IndyMac Bancorp, Inc., Case No. 2:12-cv-02967-RGK, 2012 WL 1951474 (C.D. Cal. May 30, 2012).

Accordingly, the Judgment, as amended, is **AFFIRMED**.  The Clerk is directed to close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 25th day of June, 2012.

_____
TIMOTHY J. CORRIGAN
United States District Judge

abr
Copies:

Honorable Jerry A. Funk
United States Bankruptcy Judge

counsel of record

---

[1] At oral argument, appellant FDIC advised that this issue is now before the Eleventh Circuit in a different case, but there is not yet a decision. The bankruptcy court's opinion is reported at BankUnited Fin. Corp. v. FDIC (In re BankUnited Fin. Corp.), 462 B.R. 885, 2011 WL 5884925 (Bankr. S.D. Fla. Nov. 23, 2011).